CSD 1001 [05/15/03]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone (#144615)
Chapter 7 Trustee
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037
(858)454-9887

Order Entered on
May 07, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

EUGENE OBRA PADUA
LINDA ANN PADUA,

Debtor(s).

BANKRUPTCY NO. 08-09689-PB7

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Peter W. Bowie

### ORDER ON UNCONTESTED NOTICE OF INTENDED ACTION RE: SALE OF TIMESHARE

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __3__ with exhibits, if any, for a total of __3__ pages, is granted. Motion/Application Docket Entry No. __43__

//
//
//
//
//
//

DATED: May 06, 2009

Signature by the attorney constitutes a certification under Fed. [R]
relief granted by the court.

Submitted by:

/s/Leslie T. Gladstone
Leslie T. Gladstone, Trustee

Judge, United States Bankruptcy Court

CSD 1001

Case 08-09689-PB7    Filed 05/06/09    Doc 52    Pg. 2 of 3

CSD 1001 [05/15/03] (Page 2)
ORDER ON UNCONTESTED NOTICE OF INTENDED ACTION RE: SALE OF TIMESHARE
DEBTOR(S): EUGENE OBRA PADUA & LINDA ANN PADUA,              CASE NO.:   08-09689-PB7

On or about March 17, 2009, Leslie T. Gladstone (the "Trustee") filed and served her Notice of Intended Action and Opportunity for Hearing regarding her intent to sell the Estate's interest in 6,000 Premier Credits Timeshare at WorldMark, awarded annually. 2009 Fees of $444.89 are due, Transfer fee is $150.00, which is to be sold by by BKAssets.com, LLC ("BKAssets"), Internet Auctioneer.

The Trustee believes that the proposed sale is in the best interest of the estate and the proposed public auction via the Internet is fair and reasonable and affords the estate the best opportunity to maximize the value of this type of property which is generally difficult for a bankruptcy trustee to sell. No opposition was received thereto. Based on the foregoing and good cause appearing therefor,

**IT IS HEREBY ORDERED**,

1. The Trustee is authorized to sell the Estate's interest in 6,000 Premier Credits Timeshare at WorldMark, awarded annually. 2009 Fees of $444.89 are due, Transfer fee is $150.00.

2. The preview period shall run up to the beginning auction sale date, plus an additional five (5) days. During this time, the asset and any available due diligence information will be able to be viewed on www.bkassets.com. The actual Internet auction sale will be held on the Internet venue chosen by BkAssets.com. The sale period will be 7 days. Links will be provided at www.bkassets.com and the Internet Auction Venue in order for bidders to participate in the internet bidding process.

3. The Trustee has set a reserve (minimum price) before the auction can be closed in the amount of $2,000.00, reserving the right to rerun the auction with a lower minimum if the item does not sell initially. In the event that the reserve is not met, BKAssets will not close the sale with any potential bidder. BKAssets will report to the Trustee the result of any bids received and recommend to the Trustee a revised reserve bid or another method of sale or abandonment. The highest final bid received (assuming the reserve bid is met) at the closing of the bidding on the Internet Auction venue will be considered the final bid accepted by BKAssets. BKAssets will proceed to close the sale with the final bidder. The highest bidder will be required to send BKAssets certified funds within 7 days of the close of auction. Within 21 days of receiving certified funds, BKAssets will provide the highest bidder with a Trustee's Deed. After closing the sale, BKAssets will provide a report of sale to the Trustee indicating the results of the sale. This report will be filed with the Court by the Trustee. If the highest bidder for some reason does not close, BKAssets reserves the right to proceed to the next highest bid received and close with that bidder.

Case 08-09689-PB7   Filed 05/06/09   Doc 52   Pg. 3 of 3

CSD 1001 [05/15/03] (Page 3)
ORDER ON UNCONTESTED NOTICE OF INTENDED ACTION RE: SALE OF TIMESHARE
DEBTOR(S): EUGENE OBRA PADUA & LINDA ANN PADUA,                    CASE NO.:   08-09689-PB7

4. The property will be sold as is, where is, with no warranties implied or stated, subject to any existing liens and encumbrances known or unknown by the Trustee. Buyer shall pay all costs to transfer title.

5. Buyer shall pay the 2009 annual fees in the amount of $444.89, which are due.

6. The Trustee is authorized to pay BkAssets.com 10% commission on the gross sales price, and costs not to exceed $250.00.

IT IS SO ORDERED.

.

CSD 1001

*Signed by Judge Peter W. Bowie May 06,2009*