CSD2101
Rev. 12/06

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Fax: 619-557-5536
Website: www.casb.uscourts.gov
Hours: 9:00am-4:00pm Monday-Friday

**Eugene Obra Padua**
 5145 Solola Ave.
San Diego, CA 92114
xxx-xx-4066
*Debtor Aliases:*  Eugene O. Padua

Case number:  08-09689-PB7
Chapter:  7
Judge  Peter W. Bowie

**Linda Ann Padua**

 5145 Solola Ave.
San Diego, CA 92114
xxx-xx-8596
*Joint Debtor Aliases:*  Linda Padua

# NOTICE OF REQUEST FOR SPECIAL CHARGES

|  | AMOUNT DUE (For Clerk to Complete) | PRO RATA DISTRIBUTION (For Trustee to Complete) |
|---|---|---|
| Copy Work | $0.00 | $_____ |
| Certifications | $0.00 | $_____ |
| Deferred Adv. Pro. Filing Fees  Adv.Num: | $0.00 | $_____ |
| Deferred Conversion Fee | $0.00 | $_____ |
| Deferred Reopening Fee | $0.00 | $_____ |
| BALANCE DUE: | $0.00 | $_____ |

**TRUSTEE**: Please return this form with your <u>Notice of Intent to Distribute</u> and a check made payable to the Clerk, U.S. Bankruptcy Court.

Dated:  6/25/10

Barry K. Lander
Clerk of the Bankruptcy Court